# Exhibit A

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s): 440-2026-07764

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Carolyn Fischer | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| c/o Mohammed O. Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | mbadwan@atlaslawcenter.com |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| The Riverside Foundation | 15+ | (847) 634-3973 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 14588 IL-22 | Lincolnshire, IL, 60069 | Daisyr@riversidefoundation.net |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☑ RETALIATION ☐ AGE ☑ DISABILITY ☐ GENETIC INFORMATION
☑ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 03/30/2026 Latest: 03/30/2026

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, Carolyn Fischer (disabled), was employed by The Riverside Foundation as a Kitchen Aid from on or about February 12, 2002, until on or about March 30, 2026, when I was unlawfully terminated on the basis of my disability and use of related leave. I have a physical and/or mental impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, harassment, and retaliation I was subjected to:

During my employment, I had a hernia condition that resulted in a longstanding 10-pound lifting restriction for approximately five years. Despite this restriction, I was able to perform the essential functions of my position, and the restriction never created issues with my work performance or resulted in discipline. The employer allowed me to continue working in the kitchen for years with this accommodation in place.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

05 / 28 / 2026 — *Date*

Carolyn Fischer — *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Received by EEOC May 29, 2026

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s):

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about December 4, 2025, I underwent surgery related to an ulcer and required medical leave. I initially used accrued PTO, vacation, and sick time before transitioning to FMLA leave in December 2025. Following my recovery, I attended a final medical examination on or about February 12, 2026, during which my treating physician cleared me to return to work effective March 31, 2026. I was not given any new restrictions, and I continued to have only the same longstanding 10-pound lifting restriction that had existed for years without issue.

Approximately two weeks after receiving medical clearance, my Kitchen Director, Katrina Piezonka, informed me that I would be required to undergo another medical examination at a separate clinic selected by the employer. I was not permitted to use my own doctor and was required to travel a significant distance for the appointment. During that examination, I was informed by a nurse that the employer specifically requested a lifting test. Although lifting caused me pain, I lifted approximately 15 pounds during the examination. Following the examination, the paperwork imposed a 15-pound lifting restriction and referenced my hernia condition.

Shortly thereafter, I learned that the longstanding 10-pound lifting restriction that had existed in my employment and/or medical records for years had allegedly disappeared from my file. When I questioned this issue, Katrina Piezonka informed me there was nothing in my file reflecting those prior restrictions, despite the fact that I had worked under those restrictions for several years. I believe the employer disregarded or altered prior records in an attempt to justify adverse action against me because of my disability and medical leave.

On or about March 30, 2026, Katrina Piezonka texted me and stated that due to the examination results, I was "not qualified to work." I was not provided any legitimate explanation as to why I was suddenly unable to perform a job I had successfully performed for years with the same or similar restrictions. I attempted to contact Katrina Piezonka by text and telephone to obtain clarification and discuss returning to work, but my communications were ignored and I received no response.

I was discriminated against because of my disability, perceived disability, and/or record of disability in violation of the ADA. My employer effectively denied my request for reasonable accommodation, failed to engage with me in an interactive process to determine the appropriate accommodation as required by the ADA, and ultimately terminated my employment on the basis of my disability and use of related leave.

Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

05 / 28 / 2026

*Date*

*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

Dropbox Sign

# Audit trail

| | |
|---|---|
| **Title** | Final EEOC Charge - Carolyn Fischer |
| **File name** | Final_EEOC_Charge_-_Carolyn_Fischer.pdf |
| **Document ID** | 43a049b2d6d7d9983c15954fbafd39d2ffc3abee |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **05 / 28 / 2026**<br>13:57:04 UTC | Sent for signature to Carolyn Fischer<br>[redacted] from [redacted]<br>IP: [redacted] |
| VIEWED | **05 / 28 / 2026**<br>13:58:06 UTC | Viewed by Carolyn Fischer [redacted]<br>IP: [redacted] |
| SIGNED | **05 / 28 / 2026**<br>14:11:05 UTC | Signed by Carolyn Fischer [redacted]<br>IP: [redacted] |
| COMPLETED | **05 / 28 / 2026**<br>14:11:05 UTC | The document has been completed. |